## BRODER v. SUPERIOR COURT OF MONO COUNTY.

### No. 15,169; May 27, 1893.

33 Pac. 630.

**Writ of Review—When Denied.**—The Petition for a Writ of review to an order vacating a judgment for petitioner will be denied, where it appears that petitioner appealed from the same order, and the questions sought to be reviewed have been determined thereon.

Original application by John Broder for a writ of review to the superior court of Mono county. Application denied.

Richard S. Miner for appellant; P. Reddy for respondent.

PER CURIAM.—The petitioner seeks herein for a review and annulment of an order of the superior court of Mono county, made May 13, 1892, striking from the files, and canceling of record, a certain document, purporting to be a judgment in the action of Broder v. Conklin, then pending in said court. The application for the writ was filed in this court September 2, 1892, and upon the return thereto it appeared that the petitioner herein took an appeal to this court from the same order on the eleventh day of July, 1892. That appeal having been heard and determined at the instance of the appellant (98 Cal. 360, 33 Pac. 211), it is evident that the grounds upon which he is entitled to ask for the writ of review do not exist, and the application therefor is denied.